# United States District Court
# For The Western District of North Carolina
# Bryson City Division

TODD BUCHANAN,

       Plaintiffs,                       JUDGMENT IN A CIVIL CASE

vs.                                           2:09-cv-19-RJC

CURTIS COCHRAN and VIRGINIA HYATT,

       Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/31/2012 Order.

                                          Signed: January 31, 2012

                                          Frank G. Johns, Clerk
                                          United States District Court