# United States District Court
# For The Western District of North Carolina
# Bryson City Division

TODD BUCHANAN,

    Plaintiffs,

vs.

CURTIS COCHRAN and VIRGINIA HYATT,

    Defendants.

JUDGMENT IN A CIVIL CASE

2:09-cv-19-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/31/2012 Order.

Signed: January 31, 2012

Frank G. Johns, Clerk
United States District Court